FERDINAND W. TILDEN, RELATOR v. WAYNE CIRCUIT JUDGE.

44 515
89 7

*Appeals—Extension of time for filing case.*

Where proofs were taken in open court, an extension of time for filing a case on appeal can be applied for after sixty days from the date of the decree, and may be granted if the time allowed does not exceed the statutory period of three months.

MANDAMUS to vacate an order extending the time for settling a case. Submitted October 26. Denied October 27.

*Julian Williams* for the writ.

*A. C. Baldwin* against.

MARSTON, C. J. Where proofs have been taken in a chancery cause in open court and a decree rendered therein, the circuit judge has power after sixty days from the date of the decree, under Act No. 26 of the Public Acts of 1877, to grant an extension of the time for making and filing a case, provided the time so allowed does not exceed the statutory period of three months. The application need not necessarily be made within sixty days.

The other Justices concurred.